## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Mace, | Court File No. 11-CV-477 (MJD/LIB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| Norman Johnson, M.D., Scott D. Hable, Renville County, and 3 Unnamed Renville County Correctional Officers, | |
| Defendants. | |

Pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a), notice is hereby given that Plaintiff, Shawn Mace, in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit. Plaintiff appeals from the Judgment of the U.S. District Court for the District of Minnesota that was entered on May 16, 2014, and the Amended Judgment that was entered on June 16, 2014. Plaintiff appeals only the portion of the Judgment and Amended Judgment granting summary judgment and dismissing Defendants Scott D. Hable, Renville County and 3 Unnamed Renville County Correctional Officers.

Plaintiff, Shawn Mace, proceeds *in forma pauperis* pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

Dated: June 16, 2014    s/ Joseph C. Bourne
Daniel E. Gustafson (#202241)
Amanda M. Williams (#0341691)
Joseph C. Bourne (#0389922)

1

Lucy G. Massopust (#0393254)
**Gustafson Gluek PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
jbourne@gustafsongluek.com
lmassopust@gustafsongluek.com

*Attorneys for Plaintiff*