U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Shawn Mace<br><br>Appellant<br>vs. | Daniel E. Gustafson (#202241)<br>Amanda M. Williams (#0341691)<br>Joseph C. Bourne (#0389922)<br>Gustafson Gluek PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844 |
| Scott D. Hable, Renville County, and 3 Unnamed Renville County Correctional Officers,<br><br>Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>Jason M. Hiveley<br>Iverson Reuvers Condon<br>9321 Ensign Avenue South<br>Bloomington, MN 55438<br>Tel: 952-548-7200 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   ☐ Yes.   ☑ No.

Whether the District Court erred in granting summary judgment in favor of Defendants Scott D. Hable, Renville County, and 3 Unnamed Renville County Correctional Officers.

FOR LEAD COUNSEL ONLY
I ☑ have (☐ have not) discussed settlement possibilities on appeal with my client.
This appeal ☑ is (☐ is not) amenable to settlement.

Submitted by: s/ Joseph C. Bourne        6/16/2014
Signature of Lead Counsel        Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov
    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain