UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shawn Mace,   Civil No. 11 CV 477 MJD/LIB

        Plaintiff,

vs.

Norman Johnson, M.D., Scott D. Hable,
Renville County and 3 Unnamed Renville
County Correctional Officers,

        Defendants.

---

## AFFIDAVIT OF ANDREA B. SMITH IN SUPPORT OF COSTS AND DISBURSEMENTS
___

STATE OF MINNESOTA )
                            )ss.
COUNTY OF HENNEPIN )

    ANDREA B. SMITH, after being first duly sworn upon an oath

    1.    I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Defendants Renville County, Scott D. Hable and 3 unnamed Renville County Correctional Officers in the above captioned matter.

    2.    The occupation of judgment debtor Shawn Mace is: unemployed.

    3.    Upon information and belief, the place of residence of judgment debtor Shawn Mace is: 506 Carlton Avenue, Apartment 1, Morgan, Minnesota.

    4.    Attached as Exhibit A is a copy of the Judgment dated May 16, 2014, granting Defendants' Motion for Summary Judgment (ECF Document No. 75).

5. The following costs were incurred by Defendants above-named in litigating this matter:

### **FEES FOR DEPOSITION COSTS – 28 U.S.C. § 1920(2)**

A. Deposition Transcripts for the Depositions of Shawn Mace, Elaine McDowell, Kelsie Musich, Elaine Johnson, Dr. Norman Johnson

(Exhibit B) **$1,318.05**

### **FEES FOR COPIES – 28 U.S.C. § 1920(4)**

A. Courtesy Copies of Motion Papers Served Electronically
(408 pages @ $0.15/page) (Exhibit C) **$196.20**

### **DOCKET FEES – 28 U.S.C. § 1920(5)**

A. Summary Judgment (ECF Document No. 75) **$25.00**

**GRAND TOTAL: $1,539.25**

8. The transcripts of the depositions of Shawn Mace, Elaine McDowell, Kelsie Musich, Elaine Johnson and Dr. Norman Johnson were necessarily obtained for use in the case and used in preparing Defendants' Motion for Summary Judgment and supporting memoranda.

FURTHER THIS AFFIANT SAYETH NOT.

                                                                                         s/Andrea B. Smith
                                                                                         Andrea B. Smith, #389120

Subscribed and sworn to before me
this   18th   day of  June     , 2014.

s/Rebecca J. Eitreim
      Notary Public
  (STAMP AND/OR SEAL)
My Commission Expires: 1/31/2015