AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Shawn Mace

V.

Scott D. Hable, Dr. Johnson, 3 Unnamed
Renville County Correctional Officers, M.D.
Norman Johnson, and Renville County

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-477 MJD/LIB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's First Amended Complaint against Defendant Norman Johnson, M.D., is dismissed with prejudice and on the merits. Each party shall bear his own costs, disbursements and attorneys' fees.

| May 16, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)   A. Linner   Deputy Clerk |

C:\Documents and Settings\linner\Desktop\Blank Judgment Form.wpd

Form Modified: 09/16/04



EXHIBIT A