## STOUTEN & ASSOCIATES
### REGISTERED PROFESSIONAL REPORTERS
6285 Coyote Trail
Lino Lakes, MN 55014
Phone/Fax (651) 491-0989

DATE: March 22, 2013

TO: Mr. Jason Hiveley, Esq.        RE: Mace vs. Hable, et al
Iverson, Reuvers & Condon
9321 Ensign Avenue South
Bloomington, MN 55438

DATE TAKEN: 3-7-13        INVOICE NO: JW12

For one copy of the deposition of:

SHAWN MACE..................................................................................$387.50

### PLEASE MAKE CHECK PAYABLE TO:
Stouten & Associates





EXHIBIT B

# RJC, Inc.
# Jolene Carrow
# Court Reporter

2864 - 290th Street
Marshall, MN 56258
(507) 532-0676
Tax ID #: 41-1796860

## INVOICE

June 11, 2013

Mr. Jason M. Hiveley
Attorney at Law
9321 Ensign Avenue South
Bloomington, MN 55438

RE: Shawn Mace v. Norman Johnson, M.D., Scott D. Hable, Renville County and 3 Unnamed Renville County Correctional Officers

| | |
|---|---|
| Elaine McDowell Deposition<br>6/5/2013 Olivia, MN<br>Certified Deposition Transcript | $150.40 |
| Elaine Johnson Deposition<br>6/5/2013 Olivia, MN<br>Certified Deposition Transcript | $138.40 |
| Kelsie Musich Deposition<br>6/5/2013 Olivia, MN<br>Certified Deposition Transcript | $ 90.00 |
| TOTAL | $378.80 |

**Please make checks payable to: RJC, Inc.**

\*\*Past due accounts of 30 days are subject to a service charge at the rate of 1 1/2 % per month on unpaid balances

**MERRILL CORPORATION**
LegaLink, Inc.
920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14161341 | 07/18/2013 | 1438-212206 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/11/2013 | LCH | 11-CV-00477 |

**CASE CAPTION**

Shawn Mace v. Norman Johnson, M.D

**TERMS**

Immediate, sold FOB Merrill facility

Jon K. Iverson
Iverson Reuvers Condon
9321 Ensign Avenue South
Bloomington, MN 55438

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Norman R. Johnson, M.D.           147 Pages @     3.05/Page     448.35
        Exhibits - Scan Only     196.00        @         .40         78.40
        Process/Delivery NL                                           25.00

                                        TOTAL   DUE  >>>>            551.75
```

Deposition Location: Chicago, IL
Thank you. Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

*[handwritten: Confirmation # 123985]*
*[handwritten: 200.1011]*

TAX ID NO.: 20-2665382

(952) 548-7200

*Please detach bottom portion and return with payment.*

---

Jon K. Iverson
Iverson Reuvers Condon
9321 Ensign Avenue South
Bloomington, MN 55438

Invoice No.: 14161341
Date       : 07/18/2013
**TOTAL DUE** :   **551.75**

Job No.  : 1438-212206
Case No. : 11-CV-00477
Shawn Mace v. Norman Johnson, M.D

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473