## COPY COSTS

Re: Shawn Mace v. Norman Johnson, MD, Scott D. Hable, Renville County and 3 Unnamed Renville County Correctional Officers
Court File: 11 CV 477 (MJD/LIB

| Document | # Pages | # Copies | Total Pages | Cost/page | Total Cost |
|---|---|---|---|---|---|
| Notice of Hearing | 2 | 2 | 4 | $0.15 | $0.60 |
| Motion | 2 | 2 | 4 | $0.15 | $0.60 |
| Summary Judgment Memo | 33 | 2 | 66 | $0.15 | $9.90 |
| Word Count Compliance | 2 | 2 | 4 | $0.15 | $0.60 |
| Affidavit of Andrea B. Smith | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Smith Affidavit | 38 | 2 | 76 | $0.15 | $11.40 |
| Exhibit B of Smith Affidavit | 20 | 2 | 40 | $0.15 | $6.00 |
| Exhibit C of Smith Affidavit | 14 | 2 | 28 | $0.15 | $4.20 |
| Exhibit D of Smith Affidavit | 374 | 2 | 748 | $0.15 | $112.20 |
| Exhibit E of Smith Affidavit | 54 | 2 | 108 | $0.15 | $16.20 |
| Exhibit F of Smith Affidavit | 18 | 2 | 36 | $0.15 | $5.40 |
| Affidavit of Daniel Fick | 2 | 2 | 4 | $0.15 | $0.60 |
| Affidavit of Jolene Schlegel | 3 | 2 | 6 | $0.15 | $0.90 |
| Exhibit A of Schlegel Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of Schlegel Affidavit | 4 | 2 | 8 | $0.15 | $1.20 |
| Exhibit C of Schlegel Affidavit | 9 | 2 | 18 | $0.15 | $2.70 |
| Exhibit D of Schlegel Affidavit | 6 | 2 | 12 | $0.15 | $1.80 |
| Exhibit E of Schlegel Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit F of Schlegel Affidavit | 4 | 2 | 8 | $0.15 | $1.20 |
| Affidavit of Lance Peterson | 3 | 2 | 6 | $0.15 | $0.90 |
| Exhibit A of Peterson Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of Peterson Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit C of Peterson Affidavit | 2 | 2 | 4 | $0.15 | $0.60 |
| Affidavit of Elaine Johnson | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Johnson Affidavit | 2 | 2 | 4 | $0.15 | $0.60 |
| Affidavit of Nicole Krippner | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Krippner Affidavit | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit B of Krippner Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Affidavit of Elaine McDowell | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of McDowell Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of McDowell Affidavit | 5 | 2 | 10 | $0.15 | $1.50 |
| Affidavit of Sarah Nelson | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Nelson Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of Nelson Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Affidavit of Ryan Jensen | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Jensen Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of Jensen Affidavit | 2 | 2 | 4 | $0.15 | $0.60 |



EXHIBIT C

| Document | # Pages | # Copies | Total Pages | Cost/page | Total Cost |
|---|---|---|---|---|---|
| Exhibit C of Jensen Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit D of Jensen Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit E of Jensen Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Affidavit of Judy Revier | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Revier Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit B of Revier Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Exhibit C of Revier Affidavit | 3 | 2 | 6 | $0.15 | $0.90 |
| Exhibit D of Revier Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Affidavit of Edmund Nadolny | 2 | 2 | 4 | $0.15 | $0.60 |
| Exhibit A of Nadolny Affidavit | 4 | 2 | 8 | $0.15 | $1.20 |
| Exhibit B of Nadolny Affidavit | 1 | 2 | 2 | $0.15 | $0.30 |
| Reply Memo | 12 | 2 | 24 | $0.15 | $3.75 |
| Word Count Compliance | 2 | 2 | 4 | $0.15 | $0.60 |
| **TOTAL COSTS** | **654** | | **1308** | **$0.15** | **$196.20** |