UNITED STATES DISTRICT COURT

District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

# TRANSMITTAL OF APPEAL

**Date:** June 20, 2014

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** A. Linner, Deputy Clerk

**In Re:** District Court Case No.: 11-477 MJD/LIB
Eighth Circuit Case No.:
Case Title: Mace v. Hable et al

---

The statutory filing fee has:

    \_\_\_\_ been paid, receipt # .
    \_\_\_\_ not been paid as of 6/20/14.    IFP \_\_\_\_ is \_\_\_\_ is not  pending.
    \_\_\_\_ been waived because:
      X  Application for IFP Granted at beginning    \_\_\_\_ USA filed appeal
         of case

Length of Trial:    days

Was a court reporter utilized?    X  Yes    \_\_\_\_ No

  If yes, please identify the court reporter:
  Name:    Lori Simpson
  Address:  300 South 4th Street
             Room 1005
             Minneapolis, MN 55415
  Phone:    612-664-5104

X  Transcript(s):

| | Volume | Date | Proceeding |
|---|---|---|---|
| | 1 | 1/30/2013 | Motions Hearing |